## *Ex parte* RIAL.

No. 3880. Opinion Filed June 11, 1912.

(124 Pac. 983.)

**FORMER DECISION CONTROLLING.** Same as that in **Ex parte Tom Anderson, ante,** 124 Pac. 980.

(Syllabus by the Court.)

Petition by Paul Rial for writ of *habeas corpus.* Denied.

*Kistler, McAdams & Haskell,* for petitioner.

*Smith C. Matson,* Asst. Atty. Gen., opposed

WILLIAMS, J. Under the authority of *Ex parte Tom Anderson, ante,* 124 Pac. 980, the petition for writ of *habeas corpus* is denied.

TURNER, C. J., and HAYES, KANE, and DUNN, JJ., concur.